Paul B. Maslo (admitted *pro hac vice*)
pmaslo@napolilaw.com
Andrew J. Dressel (admitted *pro hac vice*)
adressel@napolilaw.com
NAPOLI SHKOLNIK PLLC
525 South Douglas Street, Suite 260
El Segundo, CA 90245
Telephone: (310) 331-8224
Fax: (646) 843-760

*Counsel for James R. and Margaret J. McKown*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMES R. MCKOWN AND MARGARET J. MCKOWN, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | Case No. 2:17-cv-00204-R-JC<br>Assigned to: Hon. Manuel L. Real<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs James R. McKown and Margaret J. McKown hereby give notice that the above-captioned action against Defendant American Honda Motor Company, Inc. is voluntarily dismissed without prejudice, with each party to bear its own costs and fees.

Dated: July 11, 2017

*/s/ Paul B. Maslo*
Paul B. Maslo (admitted *pro hac vice*)
Andrew Dressel (admitted *pro hac vice*)
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, New York 10017
Telephone: (212) 397-1000
Fax: (646) 843-7603
Email: pmaslo@napolilaw.com
          adressel@napolilaw.com

*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that Defendant's counsel of record were served by ECF on July 11, 2017.

                                                      */s/ Paul B. Maslo*
                                                      Paul B. Maslo